447 A.2d 641

Commonwealth v. Miceli, Appellant.

Argued February 18, 1982. Norman M. Abrams, for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

449 A.2d 759

Commonwealth v. Milliken, Appellant.
Reargument Denied Aug. 30, 1982.

Petition for Allowance of Appeal Denied Nov. 5, 1982.

Submitted November 14, 1980. Peter M. Suwak, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and JOHNSON, JJ.

The order of the lower court is affirmed.

WIEAND, J., concurred in the result.